IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| ROBBYN MARY BURGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 22-00036-CV-SJ-DPR-SSA |

**ORDER**

Before the Court is Plaintiff's Response to Order to Show Cause. (Doc. 3.) On April 26, 2022, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for failure to effect proper service on Defendant within 90 days. (Doc. 2.) Plaintiff states that the failure was due to her attorney being occupied handling matters related to the passing of his brother, who was also an attorney, including his brother's caseload. Upon review, the Court finds that Plaintiff has shown cause as ordered, and the action will not be transferred to a district judge for dismissal at this time. Furthermore, as requested, the time for service is extended until May 26, 2022, to serve Defendant.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 10, 2022